# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL No. 1871 : |

| | |
|---|---|
| RONALD F. DAVIS, SR. | |
| Plaintiff, | Case No. 2:11-cv-05647-CMR |
| v. | |
| GLAXOSMITHKLINE, LLC and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties to the above-captioned action, Plaintiff Ronald F. Davis, Sr. and Defendant GlaxoSmithKline LLC ("GSK") (also incorrectly identified in the Complaint as SmithKline Beecham Corporation d/b/a GlaxoSmithKline), that all claims in the above-captioned actions asserted by Plaintiff against GSK are dismissed without prejudice, with each party to bear its own costs.

Dated: February 17, 2012

Respectfully submitted,

/s/ Casey Q. Carlile
Casey Q. Carlile, Esq. (*Tex. Bar No.* 24025868)
D. Scott Carlile, Esq. (*Tex. Bar No.* 24004576)
CARLILE CRAIG, L.L.P.
400 S. Alamo
Marshall, TX  75670
(903) 938–1655
ccarlile@carlilecraig.com

*Attorneys for Plaintiff*

Dated: 2-17, 2012

/s/ Nicole J. Aiken
Barry H. Boise, Esq. (*Pa. Bar No.* 63125)
Nicole J. Aiken, Esq. (*Pa. Bar No.* 308959)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4000
aikenn@pepperlaw.com

*Attorneys for Defendant*
*GlaxoSmithKline LLC*

SO ORDERED:

Hon. Cynthia M. Rufe, J.
United States District Judge